UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-M-14

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER ALLOWING DISMISSAL OF |
| v. ) | CRIMINAL INFORMATION AND |
| ) | WITHDRAWAL OF ARREST WARRANT |
| PEDRO J. GARCIA ) | |

Leave of court is granted for the filing of the foregoing dismissal.

9-21-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE